STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. JOSEPH LINARDUCCI, JR., PLAINTIFF IN ERROR.

Argued May 17, 1939—Decided September 22, 1939.

For the plaintiff in error, *J. Henry Harrison* and *Samuel I. Kessler.*

For the state, *William A. Wachenfeld* and *Anthony M. Hauck, Jr.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, CASE, DONGES, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 12.

*For reversal*—None.